IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENDRA Y. WEST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:24-cv-00067 |
| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT TN, et al., | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 28), which was filed on August 18, 2025. Through the Report and Recommendation, the Magistrate Judge recommends that the United States Department of Education's ("DOE") motion to dismiss for lack of jurisdiction (Doc. No. 25) be granted, and that this action be dismissed without prejudice for lack of subject-matter jurisdiction under Rule 12(b)(1). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, DOE's motion to dismiss (Doc. No. 25) is **GRANTED**, and the matter is **DISMISSED** without prejudice for lack of subject-matter jurisdiction. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE